# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1138         **Short Title:** New York v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of New York _____ as the

[ ] appellant(s)         [✓] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

/s/ Mark S. Grube                         February 10, 2025
Signature                                 Date

Mark S. Grube
Name

Office of the New York State Attorney General     (212) 416-8028
Firm Name (if applicable)                          Telephone Number

28 Liberty Street                                  (212) 416-8962
Address                                            Fax Number

New York, NY 10005                                 mark.grube@ag.ny.gov
City, State, Zip Code                              Email (required)

Court of Appeals Bar Number: 1215387

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes     Court of Appeals No. _____

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).