# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 25-1138        **Short Title:** New York v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
<u>parties listed on attached sheet</u>                                                        as the

[✓] appellant(s)         [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)        [ ] intervenor(s)

<u>/s/ Daniel Tenny</u>                    <u>02/10/25</u>
Signature                                Date

<u>Daniel Tenny</u>
Name

<u>U.S. Department of Justice, Civil Appellate</u>    <u>202-514-1838</u>
Firm Name (if applicable)                Telephone Number

<u>950 Pennsylvania Ave. NW</u>
Address                                  Fax Number

<u>Washington, DC 20530</u>                <u>daniel.tenny@usdoj.gov</u>
City, State, Zip Code                    Email (required)

Court of Appeals Bar Number: <u>1140199</u>

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Parties Represented

Donald J. Trump, President of the United States

United States Office of Management and Budget

Director of the Office of Management and Budget

United States Department of the Treasury

Secretary of the Department of the Treasury

Treasurer of the United States

United States Department of Health and Human Services

Secretary of the Department of Health and Human Services

United States Department of Education

Secretary of the United States Department of Education

United States Federal Emergency Management

Administrator of the United States Federal Emergency Management Agency

United States Department of Transportation

Secretary of the United States Department of Transportation

United States Department of Labor

Secretary of the United States Department of Labor

United States Department of Energy

Secretary of the United States Department of Energy

United States Environmental Protection Agency

Administrator of the United States Environmental Protection Agency

United States Department of Homeland Security

Secretary of the United States Department of Homeland Security

United States Department of Justice

Attorney General for the United States Department of Justice

National Science Foundation

Director of the National Science Foundation