# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1138     **Short Title:** State of New York, et al v. Tru

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Oregon     as the

[ ] appellant(s)     [✔] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

/s/ Robert A. Koch     2/11/25
Signature     Date

Robert A. Koch
Name

Oregon Department of Justice, Appellate Division     503 378 4402
Firm Name (if applicable)     Telephone Number

1162 Court Street NE     503 378 6306
Address     Fax Number

Salem, OR 97301     robert.a.koch@doj.oreon.gov
City, State, Zip Code     Email (required)

Court of Appeals Bar Number: 1165924

Has this case or any related case previously been on appeal?

[✔] No     [ ] Yes     Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).