# United States Court of Appeals
## For the First Circuit

No. 25-1138

STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF ILLINOIS; STATE OF RHODE ISLAND; STATE OF NEW JERSEY; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NORTH CAROLINA; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; US OFFICE OF MANAGEMENT AND BUDGET; RUSSELL THURLOW VOUGHT, Director of the U.S. Office of Management and Budget; US DEPARTMENT OF THE TREASURY; SCOTT BESSENT, in his official capacity as Secretary of the Treasury; PATRICIA COLLINS, in her official capacity as Treasurer of the U.S.; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; MD DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services; US DEPARTMENT OF EDUCATION; DENISE CARTER, in her official capacity as Acting Secretary of Education; FEDERAL EMERGENCY MANAGEMENT AGENCY; CAMERON HAMILTON, in his official capacity as Acting Administrator of the U.S. Federal Emergency Management; US DEPARTMENT OF TRANSPORTATION; SEAN PATRICK DUFFY, in his official capacity as Secretary of Transportation; US DEPARTMENT OF LABOR; VINCE MICONE, in his official capacity as Acting Secretary of Labor; US DEPARTMENT OF ENERGY; CHRISTOPHER ALLEN WRIGHT, in his official capacity as Secretary of the US Department of Energy; U.S. ENVIRONMENTAL PROTECTION AGENCY; LEE M. ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency; US DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; UNITED STATES DEPARTMENT OF JUSTICE; PAMELA J. BONDI, Attorney General; NATIONAL SCIENCE FOUNDATION; DR. SETHURAMAN PANCHANATHAN, in his capacity as Director of the National Science Foundation,

Defendants - Appellants.

**NOTICE**

Issued: February 12, 2025

The Request for Removal from Service List filed by the following attorney has been allowed and she will no longer receive notice in this case:

Christina L. Beatty-Walters

The following attorneys will continue to receive notice in this case:

Jason David Anton
Nathan T. Arrowsmith
Linus Banghart-Linn
Joshua Bendor
Aaron Bibb
Leah Brown
Angela Cai
Freedom Cheteni
Christine Chuang
Zachary A. Cunha
David D. Day
Katherine B. Dirks
Shankar Duraiswamy
Laura Faer
Colleen K. Faherty
Jeremy Feigenbaum
Kalikoonalani D. Fernandes
Andrew F. Freidah
Leonard Giarrano IV
Neil Giovanatti
Nicholas R. Green
Mark Stephen Grube
Lara Haddad
Alex Hemmer
Andrew R.W. Hughes
Vanessa L. Kassab
Adam D. Kirschner
Christopher J. Kissel
Robert A. Koch
Elizabeth Kramer
Jill Lacedonia
Zoe Levine
Marie E. Logan
Anna Esther Lumelsky
Eric Dean McArthur
Theodore McCombs

Andrew C. Mendrala
Daniel P. Mosteller
Carly J. Munson
Rabia Muqaddam
Michael J. Myers
Sarah Rice
Jonathan T. Rose
Kathryn M. Sabatini
Anjana Samant
Daniel S. Schwei
Brett Allen Shumate
Eitan R. Sirkovich
Michael Kenneth Skold
Turner Smith
Brian James Springer
Heidi Parry Stern
Shannon Wells Stevenson
Kenneth J. Sugarman
Daniel Tenny
Molly Thomas-Jensen
Arthur West

Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Antonio - (617) 748-9060

cc:  Zachary A. Cunha, Eric Dean McArthur, Daniel Tenny, Brett Allen Shumate, Daniel S. Schwei, Brian James Springer, Andrew F. Freidah, Eitan R. Sirkovich, Freedom Cheteni, Kathryn M. Sabatini, Michael J. Myers, Rabia Muqaddam, Sarah Rice, Mark Stephen Grube, Leonard Giarrano IV, Colleen K. Faherty, Molly Thomas-Jensen, Zoe Levine, Christine Chuang, Christopher J. Kissel, Kenneth J. Sugarman, Lara Haddad, Marie E. Logan, Nicholas R. Green, Theodore McCombs, Laura Faer, Carly J. Munson, Alex Hemmer, Jeremy Feigenbaum, Angela Cai, Shankar Duraiswamy, Katherine B. Dirks, Turner Smith, Anna Esther Lumelsky, Joshua Bendor, Nathan T. Arrowsmith, Shannon Wells Stevenson, Jill Lacedonia, Michael Kenneth Skold, Vanessa L. Kassab, Andrew C. Mendrala, David D. Day, Kalikoonalani D. Fernandes, Jason David Anton, Adam D. Kirschner, Neil Giovanatti, Linus Banghart-Linn, Elizabeth Kramer, Heidi Parry Stern, Daniel P. Mosteller, Anjana Samant, Robert A. Koch, Christina L. Beatty-Walters, Jonathan T. Rose, Andrew R.W. Hughes, Leah Brown, Aaron Bibb, Arthur West